WILCOX TRUCKING, INC. *v.* FIRST HARTFORD
REALTY CORPORATION
(11971)

O'CONNELL, LAVERY and SCHALLER, Js.

Argued January 13—decision released February 1, 1994

*Douglas G. Farber,* for the appellant (plaintiff).

*Jeffrey M. Carlson,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.